UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SULLIVAN,<br>　　　　Plaintiff,<br>　　v.<br>BROWN,<br>　　　　Defendant. | Case No. 18-cv-02579-RS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff alleges claims against medical staff at R.J. Donovan Correctional Facility, which lies in the Southern District of California. Accordingly, this action is TRANSFERRED to the Southern District wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** May _7_, 2018

_____
RICHARD SEEBORG
United States District Judge